IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JERRY SY DORSEY, #59398-019                                         PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:09cv12-DCB-MTP

TRACEY RUBIOLA, et al                                      DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [22] should be granted, and that Plaintiff's claims against Defendants should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [22] is granted, and Plaintiff's claims against Defendants are hereby, dismissed with prejudice.

SO ORDERED this the 14th day of December, 2009.

                                                 s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE